**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION – PLANO COURTHOUSE**

| | | |
|---|---|---|
| UNITED STATES | § | |
| | § | |
| v. | § | NO. 4:10 -CR-140-RAS-DDB |
| | § | |
| ALEJANDRO CABRERA (11) | § | |

## NOTICE OF APPEAL OF ALL ISSUES AFTER RE-SENTENCING

Notice is hereby given that pursuant to 28 U.S.C. § 1291 and 18 U.S.C § 3742, defendant

ALEJANDRO CABRERA , by and through the undersigned counsel previously appointed under

the Criminal Justice Act of 1964, hereby appeals to the United States Court of Appeals for the

Fifth Circuit from the conviction and sentence in this matter.

Respectfully submitted,

Todd A. Durden
State Bar of Texas No. 06276680
THE DURDEN LAW FIRM
131 E. Vine St.    Keller, Texas  76248
Tel. (817)  431–0099    Fax (817)  431–0096
E-mail: durdenlawyer@att.net
*Attorney for Defendant Alejandro Cabrera*

## CERTIFICATE OF SERVICE

I certify that on September 8, 2014, I electronically filed the foregoing document with the

Clerk of Court for the United States District Court, Eastern District of Texas, using the electronic

case filing (ECF) system of the Court, and thereby served it on all counsel of record in this case.

Todd A. Durden